UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MICHELLE TORRES-MONROE,

                    Plaintiff,

- against -

ETERNAL LOBBY LOUNGE, INC.; I
WORLD PRODUCTIONS, INC.;
CONRAD HOSPITALITY, LLC;
CONRAD HOTELS WORLDWIDE, LLC;
HILTON HOTELS CORP.; and HILTON
WORLDWIDE, INC.;

                    Defendants.
------------------------------------------------------------ x

**ORDER**

12 CV 4243 (RJD) (JO)

DEARIE, District Judge

    Plaintiff Torres-Monroe, on vacation in Puerto Rico, was assaulted by another patron in her hotel's lobby bar. Plaintiff sues the owners and operators of the bar and hotel under Puerto Rican law.

    Upon referral, Magistrate Judge Orenstein ordered transfer to the District of Puerto Rico under 28 U.S.C. § 1406(a). Plaintiff objected. After reviewing the Magistrate Judge's order and the parties' responses, I accept without qualification the recommendation. The Clerk is ordered to transfer the case in accordance with Magistrate Orenstein's May 10, 2013 order.

SO ORDERED.

Dated: Brooklyn, New York
       June 2013

/s/ Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge